Kasaun-Dupreme of the Moales Family,
Authorized agent of KASAUN DUPREME MOALES (and all aliases)
83 Bridge Street
Shelton, Connecticut
Connecticut near 06484
Kasaun.Moales@yahoo.com
Fax: +1 (203) 549 - 0667
Phone: +1 (203) 881 - 6217

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kasaun-Dupreme of the Moales Family, Authorized agent of KASAUN DUPREME MOALES (and all aliases), <br><br>      Plaintiff, <br><br>vs. <br><br>PISANI, R.J. (1765); KRANYAK, J.M. (F1139); HILLIARD, K.P. (2597); BEAUVAIS, E. (0246) <br>      Defendants | Case No.: _____ <br><br><br>COMPLAINT |

I, Kasaun-Dupreme of the Moales Family, Authorized agent of KASAUN DUPREME MOALES (and all aliases), the Plaintiff, brings this action against PISANI, R.J. (1765), KRANYAK, J.M. (F1139), HILLIARD, K.P. (2597), and BEAUVAIS, E. (0246), the Defendants, in their personal capacities, and alleges the following:

PARTIES

The Plaintiff is an individual and an English national pursuant to

COMPLAINT - 1

the Treaty of Amity, Commerce, and Navigation of 1794. The Plaintiff is also, a non-citizen national of the United States, currently without a fixed residence.

The Defendants are individuals residing at the following address:

- PISANI, R.J. (1765)

- KRANYAK, J.M. (F1139)

- HILLIARD, K.P. (2597)

- BEAUVAIS, E. (0246)

430 Boston Post Rd
Milford, CT 06460

## JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as the claims asserted arise under the United States Constitution and federal law.

Venue is proper in this district as the incident giving rise to this Complaint occurred within the jurisdiction of this Court.

## FACTUAL ALLEGATIONS

- On February 4, 2022, the Plaintiff's property, a 2022 Tesla Model S with the Vehicle Identification Number (VIN) 5YJSA1E61NF460138

COMPLAINT - 2

- (hereinafter referred to as the "Property"), was unlawfully taken from the Plaintiff without their consent.
- The Plaintiff values the Property at One Hundred Seventy Thousand Dollars ($170,000).
- The theft of the Property constitutes a violation of the Plaintiff's rights, including but not limited to their right to due process under the Fifth and Fourteenth Amendments to the United States Constitution.
- The Defendants, PISANI, R.J. (1765), KRANYAK, J.M. (F1139), HILLIARD, K.P. (2597), and BEAUVAIS, E. (0246), acting in their personal capacities, deprived the Plaintiff of their property without due process of law and without a warrant. The Defendants acted in violation of the Plaintiff's constitutional rights and unlawfully seized the Property.
- The Defendants promptly reported the theft of the Property to the Milford Police Department, with Incident Case Number 2022-000994, but their actions were conducted without a warrant or legal authority.

COUNT I: VIOLATION OF DUE PROCESS

COMPLAINT - 3

The Defendants' actions in unlawfully taking the Plaintiff's Property without due process of law, without a warrant, and without legal authority, violate the Plaintiff's constitutional rights, including but not limited to their right to due process as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

**COUNT II: THEFT OF PROPERTY**

The Defendants' act of taking the Plaintiff's Property without their consent and without a warrant constitutes theft under applicable laws.

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully requests that this Court:

- Declare that the Defendants' actions violated the Plaintiff's right to due process.
- Declare that the Defendants' actions in seizing the Property without a warrant or legal authority constitute an unlawful seizure.
- Award the Plaintiff compensatory damages in the amount of One Hundred Seventy Thousand Dollars ($170,000), representing the

COMPLAINT - 4

value of the stolen Property.

- Award the Plaintiff reasonable attorney fees and costs incurred in pursuing this action.

- Grant any further relief as the Court deems just and appropriate.

## JURY DEMAND

The Plaintiff demands a trial by jury on all issues so triable.

Invoice: KDM006642

## Description of Services

Services Rendered:

Consultation $10,000.00

- Research and Document Preparation $10,000.00

- Court Representation and Litigation $15,000.00

- Drafting and Review of Documents $10,000.00

- Negotiation and Settlement Discussions $5,000.00

Total Amount Due: $50,000.00

- ## CERTIFICATE OF SERVICE

I hereby certify that on JULY 18, 2023, I filed the foregoing Complaint with the Clerk of Court.

COMPLAINT - 5

July 18, 2023

_____
Kasaun-Dupreme of the Moales Family,
Authorized agent of KASAUN DUPREME
MOALES (and all aliases), Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION

Upon consideration of Plaintiff's Complaint, filed on July 18, 2023, and the record in this case, and pursuant to the authority granted to United States Judges, it is hereby ORDERED that Plaintiff's Relief is GRANTED.

Accordingly, the Court hereby ORDERS the following relief:

SO ORDERED this _____ day of _____, _____.

_____
United States Magistrate Judge

COMPLAINT - 6

- EXHIBIT A -

# CERTIFICATE OF ORIGIN FOR A VEHICLE

## TESLA

| DATE | | | INVOICE NO. |
|---|---|---|---|
| 11/29/2021 | | | 460138 |
| VEHICLE IDENTIFICATION NO. | | YEAR | MAKE |
| 5YJSA1E61NF460138 | | 2022 | Tesla |
| BODY TYPE | | | SHIPPING WEIGHT |
| 4DR | | | 4765 |
| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
| 1020 | 5657 | 0 - ELEC. | Model S Plaid |

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

Tesla Motors New York LLC

Dealer Lic #: 7114094

1000 Nesconset Highway

NESCONSET, NY 11787

**50 State Vehicle**

This vehicle conforms to U.S. EPA and California emissions regulations applicable to 2022 model-year motor vehicles.

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

TESLA, INC.

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)   (AGENT)

Palo Alto, CA
CITY-STATE

TI 0790323

*Sidebar:* 12/23/2021 Cash 460138 Model S NA-US-NY-Long Island-Smithtown

---

5YJSA1E61NF460138

12/23/2021   Cash   460138   Model S   NA-US-NY-Long Island-Smithtown



DLR,2134060,MSOF

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

From: CA 94538

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $8.70 |
| Total Postage and Fees | $15.50 |

Postmark Here: DEC 12/15/2021

Sent To: ___
Street and Apt. No., or PO Box No.: ___
City, State, ZIP+4®: ___

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 2450 0000 9069 6525

---

Tracking #:
70202450000090696525
Return Receipt     $3.05
Tracking #:
9590 9402 6971 1225 2711 44

Total                    $15.50

Grand Total:            $15.50

Cash                    $16.00
Change                  -$0.50

*******************************

USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.

*******************************

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on USPS business account purchases of Priority Mail labels with the Click-N-Ship and Ship. Visit usps.com/smallbizloyalty for more info.

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos or scan this code with your mobile device,

or call 1-800-___

UFN: 083410-0430
Receipt #: 840-50600313-1-3944413-2
Clerk: 56

---

0452013    2021 Dec 15 PM 11:54

Kasam Dufrene Moales Trust

**MONIQUE BLACKWELL**
**NOTARY PUBLIC OF CONNECTICUT**
**My Commission Expires 3/31/2025**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

r name (1a or 1b) - do not abbreviate or combine names

| FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|
| CITY  New York | STATE NY | POSTAL CODE 10005 | COUNTRY USA |
| 1f. JURISDICTION OF ORGANIZATION NEW YORK | 1g. ORGANIZATIONAL ID #, if any 3861771 | | ☐ NONE |

only one debtor name (2a or 2b) - do not abbreviate or combine names

| FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|
| CITY  Palo Alto | STATE CA | POSTAL CODE 94304 | COUNTRY USA |
| 2f. JURISDICTION OF ORGANIZATION DELAWARE | 2g. ORGANIZATIONAL ID #, if any 91-2197729 | | ☐ NONE |

SIGNOR S/P) - insert only one secured party name (3a or 3b)

| FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|
| CITY  Bridgeport | STATE CT | POSTAL CODE | COUNTRY USA |

| CONSIGNEE/CONSIGNOR | | | | | |
|---|---|---|---|---|---|
| in the REAL (if applicable) | X BAILEE/BAILOR | SELLER/BUYER | | AG. LIEN | NON-UCC FILING |
| 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

ATEMENT (FORM UCC1) (REV. 05/22/02)

**Number-202112158548670**

```
          UNITED STATES
          POSTAL SERVICE.
             FAIRFIELD
         1300 POST RD STE 5
        FAIRFIELD, CT 06824-9998
            (800)275-8777
12/16/2021                    10:19 AM

Product              Qty   Unit    Price
                           Price
Priority Mail® 2-Day 1
Flat Rate Env                      $8.70
    Fremont, CA 94538
    Flat Rate
    Expected Delivery Date
        Mon 12/20/2021
    Certified Mail®
        Tracking #:             $3.75
        70202450000090696525
    Return Receipt
        Tracking #:             $3.05
        9590 9402 6971 1225 2711 44
Total                          $15.50

Grand Total:                   $15.50

Cash                           $16.00
Change                         -$0.50
```

0452013      2021 Dec 15 PM11:54

Kasen Dufrene Moales Trust

MONIQUE BLACKWELL
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 3/31/2025

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Debtor name (1a or 1b) - do not abbreviate or combine names

| FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|
| CITY New York | STATE NY | POSTAL CODE 10005 | COUNTRY USA |
| ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION NEW YORK | 1g. ORGANIZATIONAL ID #, if any 3861771 |

Insert only one debtor name (2a or 2b) - do not abbreviate or combine names  [ ] NONE

| FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|
| CITY Palo Alto | STATE CA | POSTAL CODE 94304 | COUNTRY USA |
| ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION DELAWARE | 2g. ORGANIZATIONAL ID #, if any 91-2197729 |

NAME of ASSIGNOR S/P - insert only one secured party name (3a or 3b)
ES TRUST   [ ] NONE

| FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|
| CITY Bridgeport | STATE CT | POSTAL CODE | COUNTRY USA |

[ ] LESSOR  [ ] CONSIGNEE/CONSIGNOR  [X] BAILEE/BAILOR  [ ] SELLER/BUYER  [ ] AG. LIEN  [ ] NON-UCC FILING
recorded) in the REAL   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (optional)   [ ] All Debtors  [ ] Debtor 1  [ ] Debtor 2

FILING STATEMENT (FORM UCC1) (REV. 05/22/02)

Filing Number-202112158548670



```
Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.
```

0452013       2021 Dec 15 PM11:54

*Kasaun Dupreme Moales Trust*

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

KASAUN DUPREME MOALES TRUST

MONIQUE BLACKWELL
NOTARY PUBLIC OF CONNECTICUT
My Commission Expires 3/31/2025

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 1a. ORGANIZATION'S NAME | Tesla Motors New York LLC |
| 1c. MAILING ADDRESS | 28 Liberty Street |
| CITY | New York |
| STATE | NY |
| POSTAL CODE | 10005 |
| COUNTRY | USA |
| 1e. TYPE OF ORGANIZATION | Dealer |
| 1f. JURISDICTION OF ORGANIZATION | NEW YORK |
| 1g. ORGANIZATIONAL ID # | 3861771 |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| Field | Value |
|---|---|
| 2a. ORGANIZATION'S NAME | Tesla, Inc. |
| 2c. MAILING ADDRESS | 3500 Deer Creek Road |
| CITY | Palo Alto |
| STATE | CA |
| POSTAL CODE | 94304 |
| COUNTRY | USA |
| 2e. TYPE OF ORGANIZATION | U.S./Canada Manufacturer |
| 2f. JURISDICTION OF ORGANIZATION | DELAWARE |
| 2g. ORGANIZATIONAL ID # | 91-2197729 |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| Field | Value |
|---|---|
| 3a. ORGANIZATION'S NAME | KASAUN DUPREME MOALES TRUST |
| 3c. MAILING ADDRESS | 55 Wessels Ave Apt 18 |
| CITY | Bridgeport |
| STATE | CT |
| COUNTRY | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
See Collateral Attachment

**5. ALTERNATIVE DESIGNATION [if applicable]:** [X] BAILEE/BAILOR

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   All Debtors | Debtor 1 | Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# Filing Number-202112158548670

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

0452013

2021 Dec 15 PM11:54

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: Tesla Motors New York LLC

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME: U.S. Bank National Association

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS: 633 West Fifth Street, 24th Floor | CITY: Los Angeles | STATE: CA | POSTAL CODE: 90071 | COUNTRY: USA

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION: Transfer Agent | 11f. JURISDICTION OF ORGANIZATION: DELAWARE | 11g. ORGANIZATIONAL ID #, if any: 31-0841368 | ☐ NONE

**12. [X] ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME:

OR

12b. INDIVIDUAL'S LAST NAME: Moales | FIRST NAME: Kasaun | MIDDLE NAME: Dupreme | SUFFIX

12c. MAILING ADDRESS: c/o 55 wessels ave apt 18 | CITY: Bridgeport | STATE: CT | POSTAL CODE: | COUNTRY: USA

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or [X] Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

2022 Tesla Model S Sedan; Vehicle Identification Number: 5YJSA1E61NF460138 ; Odometer: 15; Reservation Number: RN116218305

ared Value: One Hundred-Sixty Thousand Nine Hundred-Three United States Dollars and Sixty-One Cents ($160,903.61 USD)

ir Vehicle Purchase Agreement Bearing Priority Mail #: PS00001000014 Declared Asset Value:

Hundred-Sixty Thousand Nine Hundred-Three United States Dollars and Sixty-One Cents ($160,903.61 USD)

iorandum

Obligation of the Drawee (acceptor), Secretary of the Treasury , through the Bailee (authorized agent) of Claimant's financial tution, Tax Treasury and Loan (TT&L) Department, hereof arises out of want of consideration for the pledge and by the mption of the pledge under Public Resolution HJR-192, Public Law 73-10, United States Statutes at Large Ch. 48, 48 Stat. 112, Public Law 97-258, 111 Stat. 1318 § 641, 31 USC 5118, 31 CFR 103.11(u); 31 USCA § 463, UCC 4-215, and 3-603, represented by ittached claim Accepted for Value and bearing the claim/ Account#: PS00001000014 The claim document Order complies with UCC 4, the terms of the original contract, hereby surrendered as said pledge is redeemed (discharged) by the Maker/ Drawer through ittached document by acceptance for value and exempted from levy. Federal regulations require Claimant's financial institution :cept this bill, sign and present directly via Certified or Registered mail, Return Receipt to the Secretary of the Treasury irtment of the Treasury on the Maker/ Drawer's UCC Contract Trust/ Bond Account.

ss the original Negotiable Instrument is dishonored in writing within 3 days of receipt by the Secretary of the Treasury, nant's financial institution is to release the credit on hold to the Payee/ Obligee (Claimant) within time stipulated by Jlation "Z" Truth in Lending Act or on the date designated, whichever is later. The amount of the accepted draft is to be ered by Claimant's financial institution, TT&L Department, to the designated account for the discharge of this claim ulation Z).

statement constitutes Maker's/ Drawer's order, in good faith, to pay this instrument upon presentment and endorsement.

n Operation of law, Payee/ Obligee tacitly consents and agrees that there is accord and satisfaction by use of this instrument itisfy Payee's/ Obligee's claim and Maker/ Drawer is hereby discharged from liability on this alleged account and the jation is suspended in accordance with Public Policy at House Joint Resolution 192, Public Law 73 – 10, United States Statutes irge Ch. 48, 48 Stat. 112, 113, Public Law 97-258, 111 Stat. 1318 § 641, 31 USC 5118, 31 CFR 103.11(u); 31 USCA § 463, UCC 5, and 3-603.

er/ Drawer does not waive timeliness. However, if Payee/ Obligee must present Maker/ Drawer with a written request for tional time within a reasonable time, setting forth the reason Payee/ Obligee request an extension of time, with good cause vn. The acceptability of any such request received by Maker/ Drawer from Payee/ Obligee is conditional upon approval by Maker/ /er.

e event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an nsion of time with good cause shown, Payee/ Obligee tacitly consents and agrees that Maker/ Drawer has satisfaction/ discharge e debt claim reference this alleged account.

questions regarding this instrument, contact the Drawer by written correspondence.



# Motor Vehicle Purchase Agreement

Vehicle Configuration

**Customer Information**

KASAUN DUPREME MOALES TRUST

55 WESSELS AVE 18
BRIDGEPORT, CT 06610

4754226869

kasaun.moales@yahoo.com

VIN 5YJSA1E61NF460138

Reservation RN116218305

| Description | Total in USD |
|---|---|
| Model S | $68,990.00 |
| Model S Plaid | $61,000.00 |
| Solid Black | $1,500.00 |
| 21" Arachnid Wheels | $4,500.00 |
| Full Self-Driving Capability | $10,000.00 |
| Autopilot | $0.00 |
| Pay-as-you-go Supercharging | $0.00 |
| Cream Interior with Carbon Fiber Decor | $2,000.00 |
| Yoke Steering | $0.00 |
| Subtotal | $147,990.00 |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Order Fee | $250.00 |
| Transportation Fee (if applicable) | $0.00 |
| Carrier Direct Fee (if applicable) | $0.00 |
| Order Modification Fee (if applicable) | $0.00 |
| Total | $149,440.00 |

| | |
|---|---|
| Order Fee Payment | $250.00 |
| Transport Fee Payment | $0.00 |
| Order Deposit | $0.00 |
| Accepted by Customer on | 12/13/2021 |
| Odometer | 15 |

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

*Offer Accepted for Value Received tender this instrument for the Complete amount due $161,153.61.*

*By Accommodation: KASAUN DUPREME MOALES TRUST*

Motor Vehicle Purchase Agreement, Vehicle Configuration
Tesla, Inc. ©2021

Page 1 of 1

# Milford Police Department

Incident Case Number: 2022-000994

Reporting Agency: Milford Police Department

Print Date/Time: 06/27/2023 10:39:04

**Disclaimer: The information contained within this report is reflective of the investigation at the date and time of its printing.**

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | Milford Police Department |
| ORI | CT0008400 |
| Case # | 2022-000994 |
| Date / Time Reported | 02/04/2022 18:14 Fri |
| Last Known Secure | 02/04/2022 18:14 Fri |
| At Found | 02/04/2022 18:14 Fri |
| Location of Incident | 1201 BOSTON POST RD, Milford CT 06460 |
| Gang Related | NO |
| Area | A5 |

## INCIDENT DATA

**#1 Crime Incident(s):** Suspicious Incident — SUSP INCIDENT (Com)

## VICTIM

**V1** FUNSTON, CODY
- DOB: 10/05/1990, Age 31
- Race: W, Sex: M
- Resident Status: Non-Resident
- Victim of Crime #: 1
- Home Address: 1 ELECTRIC AVE, Sparks, NV 89434-
- Home Phone: 775-453-3076
- Employer: TESLA

## OTHERS INVOLVED

**IO** MOALES, KASAUN
- DOB: 05/13/1996, Age 25
- Race: B, Sex: M
- Resident Status: Non-Resident
- Home Address: 2134 SEAVIEW AVE BRIDGEPORT, CT 06610
- Home Phone: 203- -
- Mobile Phone: 475-882-0733
- Business Phone: 203- -

## PROPERTY

Codes: 1 = None  2 = Burned  3 = Counterfeit/Forged  4 = Damaged/Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown  ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 03 | EVID | 170,000.00 | | 1 | EX 1 - 2022 TESLA MODEL S | TESLA Ts | |
| | 38 | EVID | 50.00 | | 1 | KTV6384 NY PLATES | | |
| | 02 | 5 | 170,000.00 | | 1 | 2022 BLK . KTV6384 NY | TESL Ts | 5YJSAIE6INF460... |

Officer/ID#: PISANI, R.J. (1765)
Invest ID#: PISANI, R.J. (1765)
Supervisor: KRANYAK, J.M.
Case Status: Closed 05/23/2022
R_CS1LBR   Printed By: KAWALSH, KELLY W   Sys# 709067

## INCIDENT/INVESTIGATION REPORT

*Milford Police Department*

Case # 2022-000994

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
HILLIARD, K.P. (2597), BEAUVAIS, E. (0246)

Suspect Hate / Bias Motivated.

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2022-000994          *Milford Police Department*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Milford Police Department | | OCA 2022-000994 |
|---|---|---|
| Victim FUNSTON, CODY | Offense SUSPICIOUS INCIDENT | Date / Time Reported Fri 02/04/2022 18:14 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

01-Report

On the above date and time I was dispatched to 1201 Boston Post Rd at the Tesla charging station on a report of a stolen Tesla from Mount Kisco NY.

I was advised to look for NY plate KTV6384, a 2022 Tesla model TS color black which was pinged to this location by Tesla due to this vehicle being purchased with fraudulent documents on 12/24/21 in Mount Kisco NY.

I observed this vehicle connected to a charging station unoccupied.

Tesla reported this vehicle stolen to the Mount Kisco Police Department on 02/04/22 and it was entered as stolen at 1610 hours. Mount Kisco case #298-22.

Mount Kisco requested this vehicle be impounded and held at our Police Department. Bruneau's was contacted and they towed the vehicle to Milford Police Headquarters at 1930 hours. The vehicle was locked in our outside impound yard.

a motor vehicle tow form was filled out and Bruneau's received a copy.

A temporary evidence form was filled out having the Tesla as exhibit #1.

I would like to note that the operator of the Tesla came back to the vehicle while we were waiting for the tow driver. He would not give any personal information to me and disagreed that the vehicle was purchased fraudulently, but he agreed to take the matter up with Tesla and the Mount Kisco Police. He retrieved his personal items and left the area. He also had a woman and child with him. It was later learned through Tesla that his name is Kasaun Moales 5/13/96.

I have nothing further at this time.

## Incident Report Related Vehicle List

Milford Police Department

OCA: 2022-000994

| # | VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|
| 1 | 2022 TESL, Ts | 4D | BLK | KTV6384 NY 2023 | 5YJSA1E61NF460138VEHICLE |

| IBR Status | Date | Location | | |
|---|---|---|---|---|
| Recovered | 02/04/2022 | 1201 BOSTON POST RD, MILFORD CT | | |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| GOOD | $170,000.00 | 999 | Locally | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| * No name * | | |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes

## CASE SUPPLEMENTAL REPORT

Printed: 06/27/2023 10:39

Milford Police Department

OCA: **2022000994**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLOSED  **Case Mng Status:** CLOSED  **Occurred:** 02/04/2022
**Offense:** SUSPICIOUS INCIDENT

**Investigator:** PISANI, R. J. (1765)  **Date / Time:** 04/28/2022 09:49:23, Thursday
**Supervisor:** KRANYAK, J. M. (F1139)  **Supervisor Review Date / Time:** 04/29/2022 09:08:50, Friday
**Contact:**  **Reference:** Supplemental Report

Supplement Report.

On March 4, 2022, Crompton Recovery Service came to Milford Police Headquarters and retrieved the vehicle from our impound lot on behalf of Tesla.

Cindy Pander from our evidence department turned over the vehicle and necessary paperwork to Crompton Recovery Service.

End of Supplement.

Investigator Signature    Supervisor Signature